Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
Michael Cutler (State Bar No.: 298875)
Email: mcutler@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

Attorneys for Defendant
GLOBAL AEROSPACE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AEROJET ROCKETDYNE, INC. f/k/a
AEROJET-GENERAL
CORPORATION,

                    Plaintiff,

            v.

GLOBAL AEROSPACE, INC.; GREAT
LAKES INSURANCE SE (GERMANY)
f/k/a GREAT LAKES REINSURANCE
(UK) SE f/k/a GREAT LAKES
REINSURANCE UK PLC; MITSUI
SUMITOMO INSURANCE CO. OF
AMERICA; NATIONAL FIRE &
MARINE INSURANCE CO.; TOKIO
MARINE & NICHIDO FIRE
INSURANCE CO., LTD; ALLIANZ
GLOBAL CORPORATE &
SPECIALTY SE (GERMANY) f/k/a
ALLIANZ GLOBAL CORPORATE &
SPECIALTY AG; ALLIANZ GLOBAL
RISKS US INSURANCE CO.; STARR
AVIATION AGENCY, INC.; STARR
SURPLUS LINES INSURANCE CO.;
XL SPECIALTY INSURANCE CO.;
CHUBB MARKET COMPANY LTD.
f/k/a ACE GLOBAL MARKETS LTD;
ACE EUROPEAN GROUP LTD (UK);
SWISS RE INTERNATIONAL SE, UK
BRANCH; INTERNATIONAL
INSURANCE CO. OF HANNOVER SE
f/k/a/ INTERNATIONAL INSURANCE
CO. OF HANNOVER PLC; and DOES 1
through 30, inclusive,

Case No. 2:17-cv-01515-KJM-AC

**SUPPLEMENT TO NOTICE OF REMOVAL**

1          Defendants.                    )
                                          )
2
3          Pursuant to 28 U.S.C. § 1447(a), (b) and this Court's Order [Doc. 3-1] filed

4   July 21, 2017, para. 9, p. 6, defendant Global Aerospace, Inc. hereby refiles all

5   documents filed in state court, which are attached hereto as Exhibit "A."

6
7   Dated: July 25, 2017                  CONDON & FORSYTH LLP

8
9                                         By:/s/ Jennifer J. Johnston
                                             JENNIFER J. JOHNSTON
10                                           MICHAEL CUTLER

11                                           -and-

12                                           KATHERINE B. POSNER
                                             WENDY A. GROSSMAN
13                                           CONDON & FORSYTH LLP
                                             7 Times Square
14                                           New York, NY 10036
                                             Telephone: (212) 490-9100
15                                           Facsimile: (212) 370-4453

16                                           Attorneys for Defendant
                                             GLOBAL AEROSPACE. INC.
17

18

19

20

21

22

23

24

25

26

27

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030