Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
Michael Cutler (State Bar No.: 298875)
Email: mcutler@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

- and -

ALL PARTIES LISTED ON THE SIGNATURE PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET-GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AEROSPACE, INC.; GREAT LAKES INSURANCE SE (GERMANY) f/k/a GREAT LAKES REINSURANCE (UK) SE f/k/a GREAT LAKES REINSURANCE UK PLC; MITSUI SUMITOMO INSURANCE CO. OF AMERICA; NATIONAL FIRE & MARINE INSURANCE CO.; TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD; ALLIANZ GLOBAL CORPORATE & SPECIALTY SE (GERMANY) f/k/a ALLIANZ GLOBAL CORPORATE & SPECIALTY AG; ALLIANZ GLOBAL RISKS US INSURANCE CO.; STARR AVIATION AGENCY, INC.; STARR SURPLUS LINES INSURANCE CO.: XL SPECIALTY INSURANCE CO.; CHUBB MARKET COMPANY LTD. f/k/a ACE GLOBAL MARKETS LTD; ACE EUROPEAN GROUP LTD (UK); SWISS RE INTERNATIONAL SE, UK BRANCH; INTERNATIONAL INSURANCE CO. OF HANNOVER SE f/k/a/ INTERNATIONAL INSURANCE CO. OF HANNOVER PLC; and DOES 1 through 30, inclusive, | Case No. 2:17-cv-01515 KJM-AC<br><br>**STIPULATION [AND ~~PROPOSED ORDER~~] DISMISSING ALLIANZ GLOBAL CORPORATE & SPECIALTY SE (GERMANY) F/K/A ALLIANZ GLOBAL CORPORATE & SPECIALTY AG** |

Defendants.

WHEREFORE the Complaint names Allianz Global Corporate & Specialty SE (Germany) and Allianz Global Risks US Insurance Company as defendants but, of the two entities, only Allianz Global Risks US Insurance Company participated in the Comprehensive Aerospace Liability Insurance Policies at issue herein,

IT IS HEREBY STIPULATED by and between plaintiff Aerojet Rocketdyne, Inc. and defendants Global Aerospace, Inc.; Great Lakes Insurance SE (Germany); National Fire & Marine Insurance Co.; Allianz Global Corporate & Specialty SE (Germany); Allianz Global Risks US Insurance Co.; Starr Aviation Agency, Inc.; Starr Surplus Lines Insurance Co.; XL Specialty Insurance Co.; Starr Aviation Agency, Inc., Starr Surplus Lines Insurance Company, XL Specialty Insurance Company, Chubb European Group Limited, f/k/a ACE European Group Limited, Swiss Re International SE, acting through Swiss Re International SE, UK Branch, and International Insurance Company of Hannover SE f/k/a International Insurance Company of Hanover PLC that the Complaint as against Allianz Global Corporate & Specialty SE (Germany) only is dismissed without prejudice to Plaintiff's right to reinstate in the event that evidence later establishes that Allianz Global Corporate & Specialty SE (Germany) is a party to one or both of the Policies.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

**IT IS SO STIPULATED.**

I hereby attest that concurrence in the filing of the Stipulation has been obtained from each of the other Signatories.

Dated: August 28, 2017     CONDON & FORSYTH LLP

By: */s/ Jennifer J. Johnston*
JENNIFER J. JOHNSTON
MICHAEL CUTLER

-and-

KATHERINE B. POSNER
WENDY A. GROSSMAN
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendants
GLOBAL AEROSPACE, INC.; GREAT LAKES INSURANCE SE (GERMANY); NATIONAL FIRE & MARINE INSURANCE CO.; ALLIANZ GLOBAL CORPORATE & SPECIALTY SE (GERMANY); ALLIANZ GLOBAL RISKS US INSURANCE CO.; STARR AVIATION AGENCY, INC.; STARR SURPLUS LINES INSURANCE CO.; XL SPECIALTY INSURANCE CO.; ACE EUROPEAN GROUP LTD. (UK); SWISS RE INTERNATIONAL SE, UK BRANCH; and INTERNATIONAL INSURANCE CO. OF HANNOVER SE

Dated: August 28, 2017

By: */s/ Christopher R. Mosley*
CHRISTOPHER R. MOSLEY
SHERMAN & HOWARD LLC

-and-

WILLIAM R. WARNE
DOWNEY BRAND LLP

Attorneys for Plaintiff
AEROJET ROCKETDYNE INC.

**SO ORDERED.**

Dated: August 30, 2017.

_____
UNITED STATES DISTRICT JUDGE