1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Michael Cutler (State Bar No.: 298875)
   Email: mcutler@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6      - and -

7  ALL PARTIES LISTED ON THE SIGNATURE PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET-GENERAL CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>GLOBAL AEROSPACE, INC.; GREAT LAKES INSURANCE SE (GERMANY) f/k/a GREAT LAKES REINSURANCE (UK) SE f/k/a GREAT LAKES REINSURANCE UK PLC; MITSUI SUMITOMO INSURANCE CO. OF AMERICA; NATIONAL FIRE & MARINE INSURANCE CO.; TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD; ALLIANZ GLOBAL RISKS US INSURANCE CO.; STARR AVIATION AGENCY, INC.; STARR SURPLUS LINES INSURANCE CO.: XL SPECIALTY INSURANCE CO.; CHUBB MARKET COMPANY LTD. f/k/a ACE GLOBAL MARKETS LTD; ACE EUROPEAN GROUP LTD (UK); SWISS RE INTERNATIONAL SE, UK BRANCH; INTERNATIONAL INSURANCE CO. OF HANNOVER SE f/k/a/ INTERNATIONAL INSURANCE CO. OF HANNOVER PLC; and DOES 1 through 30, inclusive,<br><br>            Defendants. | Case No. 2:17-cv-01515 KJM-AC<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT DISCUSSIONS** |

WHEREAS, the parties to the above-captioned litigation are jointly desirous of engaging in free and candid discussions whether directly, through plaintiff's broker, through counsel or with the assistance of a mediator,

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants through their respective counsel of record, that all such discussions will take place in total confidence and no direct or indirect use of anything said or done during the course of those discussions will be mentioned at trial or sought to be introduced into evidence by any party should the case be tried or be relied on in connection with any motion practice.

Plaintiff and defendants through their respective counsel of record agree that all discussions that take place after the execution of this Agreement between the Parties and/or their representatives regarding potential settlement negotiations, any and all settlement communications, whether written or oral, or otherwise, whether in the context of litigation, mediation or prior to litigation, will be subject to Rule 408 of the Federal Rules of Evidence and California Evidence Code Section 1152, and cannot be used as evidence in connection with any claim or defense asserted by any Party or any action or proceeding. Further, it is agreed that no statements made during the foregoing settlement communications may be used by any Party as admissions or for any other purpose.

Plaintiff and its attorneys further expressly and knowingly waive any rights that Plaintiff may have under *White v. Western Title* (1985) 40 Cal.3d 870, or any related reasoning, decisions or provisions of law, to pursue a bad faith or breach of implied covenant of good faith and fair dealing claim based upon alleged or perceived unreasonable settlement positions taken by any of the defendants after the execution of this Agreement. Thus, Plaintiff and its attorneys hereby waive any right to introduce evidence of the existence or substance of any settlement negotiations, and/or settlement offers or counteroffers that take place after the execution of this Agreement, whether as evidence of breach of the covenant of

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

good faith and fair dealing or as evidence of liability under any other theory.

Any Party may withdraw from this Stipulation upon 14 days written notice served electronically on all other Parties. The content of all discussions made prior to the effective date of the withdrawal shall remain subject to this Agreement.

**IT IS SO STIPULATED.**

I hereby attest that concurrence in the filing of the Stipulation Regarding Settlement Discussions has been obtained from each of the other Signatories.

Dated: January 8, 2018     CONDON & FORSYTH LLP

By: /s/ Jennifer J. Johnston
JENNIFER J. JOHNSTON
MICHAEL CUTLER

-and-

KATHERINE B. POSNER
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendants
GLOBAL AEROSPACE, INC.; GREAT LAKES INSURANCE SE (GERMANY); NATIONAL FIRE & MARINE INSURANCE CO.; TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY, LTD., ALLIANZ GLOBAL RISKS US INSURANCE CO.; STARR AVIATION AGENCY, INC.; STARR SURPLUS LINES INSURANCE CO.; XL SPECIALTY INSURANCE CO.; CHUBB EUROPEAN GROUP LTD; SWISS RE INTERNATIONAL SE, ACTING THROUGH SWISS RE INTERNATIONAL SE, UK BRANCH; and INTERNATIONAL INSURANCE CO. OF HANNOVER SE

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

Dated: January 8, 2018

By: /s/ Christopher R. Mosley
CHRISTOPHER R. MOSLEY
MILTON L. SMITH
SHERMAN & HOWARD LLC

-and-

WILLIAM R. WARNE
DOWNEY BRAND LLP

Attorneys for Plaintiff
AEROJET ROCKETDYNE INC.

Dated: January 8, 2018    HINSHAW & CULBERTSON LLP

By: /s/ Larry M. Golub
LARRY M. GOLUB
KENT KELLER
Attorneys for Defendant
MITSUI SUMITOMO INSURANCE
COMPANY OF AMERICA

**IT IS SO ORDERED.**

DATED: January 16, 2018.

_____
UNITED STATES DISTRICT JUDGE