1 | Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
2 | Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
3 | CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
4 | Los Angeles, California 90067-6010
Telephone: (310) 557-2030
5 | Facsimile:  (310) 557-1299

6 | Katherine B. Posner (admitted *pro hac vice*)
Email: kposner@condonlaw.com
7 | Wendy A. Grossman (admitted *pro hac vice*)
Email: wgrossman@condonlaw.com
8 | CONDON & FORSYTH LLP
7 Times Square
9 | New York, NY 10036
Telephone: (212) 490-9100
10 | Facsimile: (212) 370-4453

11 | Attorneys for Defendants and
Counterclaim Plaintiffs listed below

12 |

13 | UNITED STATES DISTRICT COURT

14 | EASTERN DISTRICT OF CALIFORNIA

15 | AEROJET ROCKETDYNE, INC. f/k/a   )    Case No. 2:17-cv-01515 KJM-AC
AEROJET- GENERAL CORPORATION, )

16 |                             )    **AMENDED JOINT STIPULATION**
       Plaintiff,          )    **PURSUANT TO RULE 15(a)(2) OF THE**

17 |                             )    **FEDERAL RULES OF CIVIL**
       v.               )    **PROCEDURE FOR FILING OF**

18 |                             )    **SECOND AMENDED COMPLAINT**
GLOBAL AEROSPACE, INC.; GREAT )

19 | LAKES INSURANCE SE (GERMANY); )
MITSUI SUMITOMO INSURANCE CO. OF )

20 | AMERICA, NATIONAL FIRE & MARINE )
INSURANCE COMPANY; TOKIO MARINE )

21 | & NICHIDO FIRE INSURANCE COMPANY, )
LTD.; ALLIANZ GLOBAL RISKS US )

22 | INSURANCE COMPANY; STARR )
AVIATION AGENCY, INC.; STARR )

23 | SURPLUS LINES INSURANCE COMPANY; )
XL SPECIALTY INSURANCE COMPANY, )

24 | CHUBB EUROPEAN GROUP LIMITED; )
F/K/A ACE EUROPEAN GROUP LIMITED; )

25 | SWISS RE INTERNATIONAL SE ACTING )
THROUGH SWISS RE INTERNATIONAL )

26 | SE; UK BRANCH, INTERNATIONAL )
INSURANCE COMPANY OF HANNOVER )

27 | SE F/K/A INTERNATIONAL INSURANCE )
COMPANY OF HANNOVER PLC; LLOYD'S )

28 | UNDERWRITER SYNDICATE NO. 2488 )

- 1 -

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  AGM, LONDON; LLOYD'S UNDERWRITER )
   SYNDICATE NO. 3210 MIT, LONDON;        )
2  LLOYD'S UNDERWRITER SYNDICATE          )
   NO. 0435 FDY, LONDON; LLOYD'S          )
3  UNDERWRITER SYNDICATE NO. 0510         )
   KLN, LONDON; LLOYD'S UNDERWRITER       )
4  SYNDICATE NO. 3624 HSX, LONDON;        )
   LLOYD'S UNDERWRITER SYNDICATE          )
5  NO. 1274 AUL, LONDON; LLOYD'S          )
   UNDERWRITER SYNDICATE NO. 2003 SJC,)
6  LONDON; LLOYD'S UNDERWRITER            )
   SYNDICATE NO. 1183 TAL, LONDON;        )
7  LLOYD'S UNDERWRITER SYNDICATE          )
   NO. 1301 TUL, LONDON; LLOYD'S          )
8  UNDERWRITER SYNDICATE NO. 5555         )
   QBE, LONDON; LLOYD'S UNDERWRITER )
9  SYNDICATE NO. 1400 MKL, LONDON;        )
   LLOYD'S UNDERWRITER SYNDICATE          )
10 NO. 2987 BRT, LONDON; LLOYD'S          )
   UNDERWRITER SYNDICATE NO. 2232         )
11 AWH, LONDON; LLOYD'S UNDERWRITER)
   SYNDICATE NO. 1200 AMA, LONDON;        )
12 LLOYD'S UNDERWRITER SYNDICATE          )
   NO. 5000 TRV, LONDON; PARTNER RE       )
13 IRELAND INSURANCE LIMITED, DUBLIN )
   and DOES 1 through 30, inclusive,      )
14                                        )
                Defendants.               )
15                                        )
   _____)
16 GLOBAL AEROSPACE, INC.; GREAT          )
   LAKES INSURANCE SE (GERMANY);          )
17 NATIONAL FIRE & MARINE INSURANCE       )
   COMPANY; TOKIO MARINE & NICHIDO        )
18 FIRE INSURANCE COMPANY, LTD.;          )
   ALLIANZ GLOBAL RISKS US INSURANCE )
19 COMPANY; STARR AVIATION AGENCY,        )
   INC.; STARR SURPLUS LINES INSURANCE)
20 COMPANY; XL SPECIALTY INSURANCE        )
   COMPANY; CHUBB EUROPEAN GROUP          )
21 LIMITED, F/K/A ACE EUROPEAN GROUP )
   LIMITED; SWISS RE INTERNATIONAL SE )
22 ACTING THROUGH SWISS RE                )
   INTERNATIONAL SE, UK BRANCH;           )
23 INTERNATIONAL INSURANCE COMPANY )
   OF HANNOVER SE F/K/A                   )
24 INTERNATIONAL INSURANCE COMPANY )
   OF HANNOVER PLC; LLOYD'S               )
25 SYNDICATE 2488; LLOYD'S SYNDICATE )
   3210; LLOYD'S SYNDICATE 0435;          )
26 LLOYD'S SYNDICATE 0510; LLOYD'S        )
   SYNDICATE 3624; LLOYD'S SYNDICATE )
27 1274; LLOYD'S SYNDICATE 2003;          )
   LLOYD'S SYNDICATE 1183; LLOYD'S        )
28

- 2 -

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  SYNDICATE 1301; LLOYD'S SYNDICATE )
   5555; LLOYD'S SYNDICATE 1400;       )
2  LLOYD'S SYNDICATE 2987; LLOYD'S     )
   SYNDICATE 2232; LLOYD'S SYNDICATE   )
3  1200; LLOYD'S SYNDICATE 5000; AND   )
   PARTNERRE INSURANCE IRELAND DAC     )
4  F/K/A/ PARTNERRE INSURANCE          )
   IRELAND LTD (SUED INCORRECTLY       )
5  HEREIN AS PARTNER RE IRELAND        )
   INSURANCE LIMITED, DUBLIN,          )
6                                      )
           Counterclaim Plaintiffs,    )
7                                      )
         v.                            )
8                                      )
   AEROJET ROCKETDYNE, INC. f/k/a      )
9  AEROJET- GENERAL CORPORATION,       )
                                       )
10          Counterclaim Defendant.    )
                                       )
11  _____)

12         It is hereby stipulated by and between Plaintiff and Counterclaim Defendant Aerojet

13  Rocketdyne, Inc. ("Aerojet"), on the one hand, and Defendants and Counterclaim Plaintiffs

14  Global Aerospace, Inc.; Great Lakes Insurance SE (Germany); National Fire & Marine Insurance

15  Co.; Tokio Marine & Nichido Fire Insurance Company, Ltd., Allianz Global Risks US Insurance

16  Co.; Starr Aviation Agency, Inc.; Starr Surplus Lines Insurance Co.; XL Specialty Insurance Co.;

17  Chubb European Group Ltd; Swiss Re International SE, acting through Swiss Re International

18  SE, UK Branch; and International Insurance Co. of Hannover SE, Lloyd's Syndicate 2488;

19  Lloyd's Syndicate 3210; Lloyd's Syndicate 0435; Lloyd's Syndicate 0510; Lloyd's Syndicate

20  3624; Lloyd's Syndicate 1274; Lloyd's Syndicate 2003; Lloyd's Syndicate 1183; Lloyd's

21  Syndicate 1301; Lloyd's Syndicate 5555; Lloyd's Syndicate 1400; Lloyd's Syndicate 2987;

22  Lloyd's Syndicate 2232; Lloyd's Syndicate 1200; Lloyd's Syndicate 5000; and PartnerRe

23  Insurance Ireland dac, f/k/a PartnerRe Insurance Ireland Ltd and incorrectly sued herein as

24  Partner Re Ireland Insurance Limited, Dublin ("the Global Defendants and Counterclaim

25  Plaintiffs"), and Defendant Mitsui Sumitomo Insurance Company of America ("Mitsui"), on the

26  other hand, that Aerojet hereby WITHDRAWS any and all claims against the Global Defendants

27  and Counterclaim Plaintiffs and Mitsui for breach of the duty to defend and for damages

28

- 3 -

AMENDED JOINT STIPULATION FOR FILING OF SAC
CASE NO. 2:17-cv-01515 KJM-AC

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  consisting of expenses incurred in connection with its defense and handling of claims asserted

2  against Aerojet by Orbital Sciences Corporation.

3       In furtherance of the parties' stipulation and pursuant to the requirements of Rule

4  15(a)(2) of the Federal Rules of Civil Procedure and the Court's Order dated October 31, 2018

5  (Docket No. 123), the parties attach hereto as Exhibit A a copy of Aerojet's Second Amended

6  Complaint, and respectfully request that the Court enter this document as the operative pleading.

7       The parties note that the Second Amended Complaint omits defendants ALLIANZ

8  GLOBAL CORPORATE &SPECIALTY SE (GERMANY) f/k/a ALLIANZ GLOBAL

9  CORPORATE & SPECIALTY AG and CHUBB MARKET COMPANY LTD. f/k/a ACE

10  GLOBAL MARKETS LTD.  These parties have not appeared in this action and have been

11  voluntarily dismissed by Aerojet.  The parties respectfully request the Court's permission to delete

12  these entities from the caption for this matter going forward.

13       The parties also respectfully request 10 days from the entry of the Court's order adopting

14  the Second Amended Complaint as the operative pleading for the Global Defendants and

15  Counterclaim Plaintiffs and Mitsui to file their Answer and any Counterclaims to the Second

16  Amended Complaint.

17       **IT IS SO STIPULATED.**

18       I hereby attest that concurrence in the filing of the Stipulation has been obtained from

19  each of the other Signatories.

20

21

22

23

24

25

26

27

28

- 4 -

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

CONDON & FORSYTH LLP
Dated: January 29, 2019

By:*/s/Katherine B. Posner*
KATHERINE B. POSNER
WENDY A. GROSSMAN
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

-and-

JENNIFER J. JOHNSTON
IVY L. NOWINSKI

Attorneys for Defendants and Counterclaim
Plaintiffs Global Aerospace, Inc.; Great Lakes
Insurance SE (Germany); National Fire & Marine
Insurance Company; Tokio Marine & Nichido Fire
Insurance Company, LTD.; Allianz Global Risks US
Insurance Company; Starr Aviation Agency, Inc.;
Starr Surplus Lines Insurance Company; XL
Specialty Insurance Company; Chubb European
Group Limited f/k/a ACE European Group Limited;
Swiss Re International SE, acting through Swiss Re
International SE, UK Branch; International
Insurance Company of Hannover SE f/k/A
International Insurance Company of Hannover PLC;
Lloyd's Underwriter Syndicate No. 2488 AGM,
London; Lloyd's Underwriter Syndicate No. 3210
MIT, London; Lloyd's Underwriter Syndicate No.
0435 FDY, London; Lloyd's Underwriter Syndicate
No. 0510 KLN, London; Lloyd's Underwriter
Syndicate No. 3624 HSX, London; Lloyd's
Underwriter Syndicate No. 1274 AUL, London;
Lloyd's Underwriter Syndicate No. 2003 SJC,
London; Lloyd's Underwriter Syndicate No. 1183
TAL, London; Lloyd's Underwriter Syndicate No.
1301 TUL, London; Lloyd's Underwriter Syndicate
No. 5555 QBE, London; Lloyd's Underwriter
Syndicate No. 1400 MKL, London; Lloyd's
Underwriter Syndicate No. 2987 BRT, London;
Lloyd's Underwriter Syndicate No. 2232 AWH,
London; Lloyd's Underwriter Syndicate No. 1200
AMA, London; Lloyd's Underwriter Syndicate No.
5000 TRV, London; Partner Re Ireland Insurance

- 5 -

1    Limited, Dublin

2

3    Dated: January 29, 2019

4                                          By: */s/Larry M. Golub*

5                                          KENT KELLER
                                           LARRY M. GOLUB
6                                          HINSHAW & CULBERTSON LLP

7                                          Attorneys for Defendant
                                           MITSUI SUMITOMO INSURANCE COMPANY
8                                          OF AMERICA

9    Dated: January 29, 2019

10

11                                         By: */s/Christopher R. Mosley*

                                           MILTON "SKIP" SMITH
12                                         CHRISTOPHER R. MOSLEY
                                           SHERMAN & HOWARD LLC

13                                              -and-

14
                                           WILLIAM R. WARNE
15                                         DOWNEY BRAND LLP

16                                         Attorneys for Plaintiff
                                           AEROJET ROCKETDYNE INC.

17

18   **SO ORDERED.**

19   Dated ___February 1__, 2019

20

21

22   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

- 6 -