Milton "Skip" Smith, *Pro Hac Vice*
Email: msmith@shermanhoward.com
Christopher R. Mosley, (Bar No. 154422)
Email: cmosley@shermanhoward.com
Kellie N. Fetter, *Pro Hac Vice*
Email: kfetter@shermanhoward.com
Carla Martin, *Pro Hac Vice*
Email: cmartin@shermanhoward.com
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver CO 80202
Phone: (303) 297-2900

William R. Warne (Bar No. 141280)
Email: bwarne@downeybrand.com
Alexandra K. LaFountain (Bar No. 301003)
alafountain@downeybrand.com
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: (916) 444-1000

*Attorneys for Plaintiff, Aerojet Rocketdyne, Inc. f/k/a Aerojet-General Corporation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET- GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AEROSPACE, INC.; ET AL.,<br><br>Defendant. | Case No. 2:17-cv-01515-KJM-AC<br><br>**(PROPOSED) ORDER TO SEAL DOCUMENTS**<br><br>DATE: March 6, 2019<br>TIME: 10:00 a.m.<br>PLACE: Hon. Allison Claire<br>Courtroom 26 - 8th Floor<br>501 I Street<br>Sacramento, California 95814 |

Having reviewed Aerojet's Notice of Request and Request to Seal filed on February 28, 2019 and having considered the grounds stated herein, the Court hereby ORDERS:

Exhibit Nos. 2 and 8 to the February 28, 2019 Joint Statement regarding Aerojet's Motion to Compel shall be sealed with no access to the public.

Dated: March 4, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

**ORDER TO SEAL DOCUMENTS**

Active/49628257.1