CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET- GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AEROSPACE, INC., *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01515 KJM-AC<br><br>**ORDER TO INCREASE THE PAGE LIMIT ON MOTIONS *IN LIMINE*** |

This Court, having received and reviewed the Joint Stipulation of the parties, finding good cause therefore,

**HEREBY ORDERS** that:

The increase in page limits requested by the parties with respect to the Global Defendants' motion *in limine* challenging the expert testimony of Paul Pastorek is granted in accordance with the chart set forth below:

*///*

*///*

*///*

---

JOINT STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMIT FOR MOTIONS *IN LIMINE*, CASE NO. 2:17-CV-01515-KJM-AC

| DOCUMENT | CURRENT LIMIT | PROPOSED LIMIT |
|---|---|---|
| Memoranda of Points and Authorities in support of Motions *in limine* | 20 | 30 |
| Opposition | 20 | 30 |
| Reply | 10 | 15 |

**IT IS SO ORDERED.**

DATED: June 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030