UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET- GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AEROSPACE, INC., *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01515 KJM-AC<br><br>**ORDER TO SEAL DOCUMENTS** |

This Court, having received and reviewed Defendants' Notice of Request and Renewed and Unopposed Request to Seal Documents filed on July 29, 2019 and having considered the grounds stated therein, hereby ORDERS:

Exhibit F and Exhibit H to Defendants' Motion *in Limine* to Exclude the Proposed Expert Testimony of Laura Montgomery and Exhibit V to Defendants' Motion *in Limine* to Exclude the Proposed Expert Testimony of Paul Pastorek shall be sealed with no access to the public, and access to these documents will be limited to the Court, authorized court personnel, and the authorized individuals listed in the Protective Order, until further order of the Court.

DATED: August 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

ORDER TO SEAL DOCUMENTS, CASE NO. 2:17-CV-01515-KJM-AC