UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET- GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AEROSPACE, INC., *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01515 KJM-AC<br><br>**ORDER TO SEAL DOCUMENTS** |

This Court, having received and reviewed Defendants' Notice of Unopposed Request and Unopposed Request to Seal Documents filed on November 1, 2019 and having considered the grounds stated therein, hereby ORDERS:

Exhibit A to Plaintiff's Opposition to Defendants' Rule 12(c) Motion for Judgement on the Pleadings to Dismiss Plaintiff's UCL Claim shall be sealed until further order of the court with no access to the public, and access to these documents will be limited to the Court, authorized court personnel, and the authorized individuals listed in the discovery Protective Order.

DATED: November 18, 2019

_____
UNITED STATES DISTRICT JUDGE