UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aerojet Rocketdyne, Inc., | No. 2:17-cv-01515-KJM-AC |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBITS TO SMITH DECLARATION |
| Global Aerospace, Inc.; et al., | |
| Defendants. | |

AND RELATED CROSS-ACTIONS

    The court has reviewed Aerojet's Notice and Request to Seal and considered the grounds stated therein. Because of the confidential designation of the documents, and in accordance with the Protective Order in this case, *see* ECF Nos. 36 and 37, the court hereby ORDERS:

    Exhibits 20, 25, 38, 40, 41, and 42 to the Smith Declaration, ECF No. 292, will be sealed with no access to the public.

    IT IS SO ORDERED.

    This Order resolves ECF No. 293.

DATED: January 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE