1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Katherine B. Posner (admitted *pro hac vice*)
   Email: kposner@condonlaw.com
7  Wendy A. Grossman (admitted *pro hac vice*)
   Email: wgrossman@condonlaw.com
8  Mary Dow (admitted *pro hac vice*)
   Email: mdow@condonlaw.com
9  CONDON & FORSYTH LLP
   7 Times Square
10 New York, NY 10036
   Telephone: (212) 490-9100
11 Facsimile: (212) 370-4453

12 Attorneys for Defendants and
   Counterclaim Plaintiffs listed below

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET- GENERAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL AEROSPACE, INC. ET AL.<br><br>    Defendants.<br><br>GLOBAL AEROSPACE, INC. ET AL,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>AEROJET ROCKETDYNE, INC. f/k/a AEROJET- GENERAL CORPORATION,<br><br>    Counterclaim Defendant. | Case No. 2:17-cv-01515 KJM-AC<br><br>**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Date:  March 16, 2022<br>Time:<br>Place:  Hon. Allison Claire<br>        Courtroom 26 - 8th Floor<br>        501 I Street<br>        Sacramento, California 95914 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 16, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Allison Claire located at Courtroom No. 26, 8th Floor, 501 I Street, Sacramento, CA 95914, Defendants and Counterclaim Plaintiffs Global Aerospace, Inc.; Great Lakes Insurance SE; National Fire & Marine Insurance Co.; Tokio Marine & Nichido Fire Insurance Co., Ltd.; Allianz Global Risks US Insurance Company; Starr Aviation Agency, Inc.; Starr Surplus Lines Insurance Company; XL Specialty Insurance Company, now known as AXA XL; ACE European Group Ltd., now known as Chubb European Group Limited; Swiss Re International SE, UK Branch; International Insurance Company of Hannover SE f/k/a International Insurance Company of Hannover PLC; Lloyd's Syndicate 2488; Lloyd's Syndicate 3210; Lloyd's Syndicate 0435; Lloyd's Syndicate 0510; Lloyd's Syndicate 3624; Lloyd's Syndicate 1274; Lloyd's Syndicate 2003; Lloyd's Syndicate 1183; Lloyd's Syndicate 1301; Lloyd's Syndicate 5555; Lloyd's Syndicate 1400; Lloyd's Syndicate 2987; Lloyd's Syndicate 2232; Lloyd's Syndicate 1200; Lloyd's Syndicate 5000; and PartnerRe Insurance Ireland dac, f/k/a PartnerRe Insurance Ireland Ltd (collectively, the "Global Defendants"), by and through their attorneys of record, Condon & Forsyth LLP, will move the Court for a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure on the grounds that Aerojet's Notice of Rule 30(b)(6) Deposition of Condon & Forsyth LLP and amended Exhibit A thereto exceeds the bounds of limited discovery granted in the Order entered January 4, 2022 in this matter (ECF 295) and contravenes Rules 26(b)(1) and 30(b)(6) of the Federal Rules of Civil Procedure.

Pursuant to the requirements of Local Rule 251(b) and the Standing Orders: Civil Cases of this Court, counsel for the Global Defendants conducted extensive, in-depth meet and confer discussions with counsel for Aerojet and made repeated proposals designed to provide Aerojet with all conceivably relevant information within the bounds of the January 4, 2022 Order, which Aerojet rejected.  Meet and confer conference calls were held on January 13, February 1 and February 10.  Follow-up letters were sent on January 14, January 19, January 31 and February 7

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

and Aerojet stated its position in an email dated February 8, which it confirmed during the February 10 meet and confer call.

This Motion will be based upon this Notice of Motion and Motion, the required Joint Statement re Discovery Disagreement, a Declaration of Katherine B. Posner with attached exhibits, all of which will be filed seven days prior to the scheduled hearing date in accordance with Local Rule 251, together with Orders entered in this matter, including the January 4, 2022 Order referenced above (ECF 295), any oral argument the Court may require, and all papers, pleadings and records herein.

Dated:  February 16, 2022

CONDON & FORSYTH LLP

By: */s/ Katherine B. Posner*
KATHERINE B. POSNER
JENNIFER J. JOHNSTON
MARY DOW
WENDY A. GROSSMAN
IVY L. NOWINSKI

*Attorneys for the Global Defendants and Counterclaim Plaintiffs*

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

NOTICE OF MOTION AND MOTION FOR
PROTECTIVE ORDER CASE NO. 2:17-CV-01515 KJM-AC

3