UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET- GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AEROSPACE, INC., *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01515 KJM-AC<br><br>**ORDER TO INCREASE THE PAGE LIMIT ON BRIEFING OF THE GLOBAL DEFENDANTS' REQUEST FOR RECONSIDERATION OF THE MAGISTRATE JUDGE'S MARCH 24, 2022 RULINGS (ECF 308)** |

This Court, having received and reviewed the Joint Stipulation of the Parties referenced immediately above, and finding good cause therefore,

**HEREBY ORDERS** that:

The page limitation applicable to the Global Defendants' Request for Reconsideration of the Magistrate Judge's March 24, 2022 Rulings be increased from 20 pages to 30 pages.

**IT IS SO ORDERED.**

DATED: April 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030