UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aerojet Rocketdyne, Inc., | No. 2:17-cv-01515-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Global Aerospace, Inc., et al., | |
| Defendants. | |

The court has summarized the history behind this case in a prior order, Prior Order (Jan. 4, 2022), ECF No. 295, and incorporates it by reference here.  In a separate prior order, the court vacated the hearing date and briefing schedule set for defendants' motion for summary judgment, Mot., ECF No. 236, and ordered parties to submit a joint status report with a proposed new schedule for hearing of the motion, Prior Order (Jan. 4, 2022).  As of the date of this order, the parties have not provided a proposed schedule.  Because this motion has already been reset twice based on the parties' own representations, ECF Nos. 245, 285, and the parties have not asked this court to re-calendar the motion, the court **dismisses the motion for summary judgment without prejudice**.

This order resolves ECF No. 236.

IT IS SO ORDERED.

DATED: March 23, 2023.

CHIEF UNITED STATES DISTRICT JUDGE