UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC., | No. 2:17-cv-1515 KJM AC |
| Plaintiff, | ORDER |
| v. | |
| GLOBAL AEROSPACE, INC. et al., | |
| Defendants. | |

On August 10, 2023, parties in the above captioned case filed a joint status report in which, among other things, defendants inform the court they "anticipate the filing of a Motion for Summary Judgment on insurance coverage" after the court resolves defendants' bad faith summary judgment motion. JSR at 4, ECF No. 327. Plaintiff opposes such a filing and argues the deadline for filing a summary judgment motion on coverage has passed. *Id.* The court took the matter under submission during the status conference held on August 24, 2023. Hr'g Mins., ECF No. 329.

After a careful review of the docket, the court finds defendants may no longer file a motion for summary judgment of non-bad faith claims, including insurance coverage. The court previously set discovery deadlines for non-bad faith discovery and experts as follows:

- Initial expert disclosures due January 15, 2019, Prior Order (Oct. 16, 2018) at 2, ECF No. 109;

/////

1

- Rebuttal expert witness disclosures due within 90 days of another party's initial expert disclosure or 45 days after the court's ruling on any motions in limine directed at the expert disclosed, *id.*;

- Expert discovery cutoff 45 days after the deadline for non-bad faith experts, *id.* at 4; and

- Dispositive motions to be heard no later than 45 days after the expert discovery cutoff, *id.*

The parties then filed the following motions in limine. Plaintiff filed a motion in limine to include in the record expert testimony on the question whether its settlement was reasonable, ECF No. 111, which the court denied on March 12, 2019, Prior Order (Mar. 12, 2019), ECF No. 186. Defendants filed two motions in limine to exclude plaintiffs' proposed expert testimony on the reasonableness of the settlement, ECF Nos. 211, 214, which the court granted in part on May 7, 2021, Prior Order (May 7, 2021), ECF No. 280.

Thus, the last date on which the court ruled on a motion in limine directed at a disclosed expert was May 7, 2021. Applying the deadlines previously set, rebuttal expert disclosures were due 45 days thereafter, on June 21, 2021, expert discovery cutoff was 45 days thereafter, on August 5, 2021, and the deadline for hearing all dispositive motions related to non-bad-faith claims was 45 days later, on September 19, 2021. It has now been nearly two years since the dispositive motion deadline for raising non-bad faith issues has passed. While the court now has approved a new schedule for briefing and hearing a bad faith summary judgment motion, ECF No. 329, the parties have never requested the court modify any of the previously set dates. Defendants may not file a summary judgment motion raising issues related to insurance coverage at this late stage of this long-running litigation.

IT IS SO ORDERED.

DATED: August 29, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2