UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AEROJET ROCKETDYNE, INC. f/k/a )
AEROJET- GENERAL CORPORATION, )
                                                        )
                    Plaintiff,           )          Case No. 2:17-cv-01515 KJM-AC
                                                        )
          v.                                         )
                                                        )
GLOBAL AEROSPACE, INC. ET AL.      )
                                                        )
                    Defendants.      )
                                                        )
_____ )
GLOBAL AEROSPACE, INC. ET AL,      )
                                                        )
                    Counterclaim Plaintiffs,      )
                                                        )
          v.                                         )
                                                        )
AEROJET ROCKETDYNE, INC. f/k/a )
AEROJET- GENERAL CORPORATION, )
                                                        )
                    Counterclaim Defendant.      )

## ORDER

This Court, having received and reviewed the Joint Stipulation for a Short Extension of the Reply Deadline Set Forth in the Briefing Schedule (ECF No. 329) on Defendants' Motion for Summary Judgment, and for good cause shown, HEREBY ORDERS that:

The deadline for the Defendants to file a reply brief on their Bad Faith Motion for Summary Judgment (ECF No. 333) is extended to December 22, 2023.

IT IS SO ORDERED.

Dated:  November 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

[PROPOSED] ORDER, CASE NO. 2:17-cv-01515 KJM-AC