Milton "Skip" Smith, *Pro Hac Vice*
Email: msmith@shermanhoward.com
Kellie Nelson Fetter, *Pro Hac Vice*
Email: kfetter@shermanhoward.com
SHERMAN & HOWARD L.L.C.
675 Seventeenth Street, Suite 2300
Denver CO 80202
Phone: (303) 297-2900

Christopher R. Mosley, *Pro Hac Vice*
Email: cmosley@foleyhoag.com
Foley Hoag, LLP
Regency Plaza
4643 S. Ulster Street, Suite 970
Denver, Colorado 80237-2853
Phone: 720 782 5075

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Plaintiff Aerojet-Rocketdyne, Inc.
f/k/a Aerojet-General Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROJET ROCKETDYNE, INC. f/k/a AEROJET-GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AEROSPACE, INC.; ET AL,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:17-CV-01515-KJM-AC<br><br>**NOTICE OF SETTLEMENT, JOINT REQUEST TO STAY DEADLINES, AND [PROPOSED] ORDER REGARDING FILING OF DISPOSITIONAL DOCUMENTS**<br><br>Judge:         Hon. Kimberly J. Mueller<br>Trial Date:    Not set |

**TO THE HONORABLE COURT:**

Pursuant to L.R. 160(a), the Parties, by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement resolving all claims and counter-claims in the above-entitled matter in full.  The Parties respectfully request that the Court vacate all pending due dates and hearings, including the December 22, 2023 briefing deadline on Defendants' pending Bad Faith Motion for Summary Judgment and the January 26, 2024 hearing on said motion, and retain jurisdiction over this case until all performance obligations under the settlement agreement are satisfied.  Due to the number of Defendants involved in this action, it is estimated that Defendants will fully perform their settlement obligations on or before January 15, 2024.  Upon Defendants' completion of their settlement obligations (as mandated under the settlement agreement) and within five (5) business days after said completion, the Parties will file with this Court a joint stipulation of dismissal with prejudice to be signed by counsel for all Parties.

**Respectfully submitted,**

Dated: December 18, 2023             DOWNEY BRAND LLP

                                     By: */s/ William R. Warne*
                                         William R. Warne
                                         DOWNEY BRAND LLP

                                         -and-

                                         Milton "Skip" Smith
                                         Kellie Fetter
                                         SHERMAN & HOWARD L.L.C.

                                         -and-

                                         Christopher R. Mosley
                                         FOLEY HOAG, LLP

                                         *Attorneys for Plaintiff* AEROJET-
                                         ROCKETDYNE, INC. F/K/A
                                         AEROJET-GENERAL CORPORATION

| | | |
|---|---|---|
| Dated: December 18, 2023 | | CONDON & FORSYTH LLP |

By: */s/ Katherine B. Posner (authorized 12/18/23)*
    Katherine B. Posner
    Wendy A. Grossman
    Jennifer J. Johnston
    Mary Dow

*Attorneys for Defendants and Counterclaim Plaintiffs*
GLOBAL AEROSPACE, INC.; GREAT LAKES INSURANCE SE (GERMANY); NATIONAL FIRE & MARINE INSURANCE COMPANY; TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY, LTD.; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; STARR AVIATION AGENCY, INC.; STARR SURPLUS LINES INSURANCE COMPANY; XL SPECIALTY INSURANCE COMPANY; CHUBB EUROPEAN GROUP LIMITED, F/K/A ACE EUROPEAN GROUP LIMITED; SWISS RE INTERNATIONAL SE ACTING THROUGH SWISS RE INTERNATIONAL SE, UK BRANCH; INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE F/K/A INTERNATIONAL INSURANCE COMPANY OF HANNOVER PLC; LLOYD'S SYNDICATE 2488; LLOYD'S SYNDICATE 3210; LLOYD'S SYNDICATE 0435; LLOYD'S SYNDICATE 0510; LLOYD'S SYNDICATE 3624; LLOYD'S SYNDICATE 1274; LLOYD'S SYNDICATE 2003; LLOYD'S SYNDICATE 1183; LLOYD'S SYNDICATE 1301; LLOYD'S SYNDICATE 5555; LLOYD'S SYNDICATE 1400; LLOYD'S SYNDICATE 2987; LLOYD'S SYNDICATE 2232; LLOYD'S SYNDICATE 1200; LLOYD'S SYNDICATE 5000; AND PARTNERRE INSURANCE IRELAND DAC F/K/A/ PARTNERRE INSURANCE IRELAND LTD (SUED INCORRECTLY HEREIN AS PARTNER RE IRELAND INSURANCE LIMITED, DUBLIN

Dated:  December 18, 2023        HINSHAW & CULBERTSON LLP

By: */s/ Spencer Kook (authorized 12/18/23)*
    Spencer Kook
    Robert Bohner

*Attorneys for Defendant* MITSUI SUMITOMO INSURANCE CO. OF AMERICA

**ORDER**

Pursuant to the foregoing Notice of Settlement and Joint Request to Stay Deadlines, and good cause appearing, all dates and hearings are hereby vacated, and the Court will retain jurisdiction over this matter for sixty days' time to allow for Defendants to fulfill their duties under the settlement agreement.

**IT IS SO ORDERED.**

Dated:

KIMBERLY J. MUELLER
United States District Judge